**LODGED**
CLERK, U.S. DISTRICT COURT
5/31/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: eva  DEPUTY

1  Mafia Monthly | Sean Patterson (Full Name)

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 2 2021
CENTRAL DISTRICT OF CALIFORNIA
BY  ena  DEPUTY

2  director@federalarrestwarrant.com (Email Address)

3  2754 San Joaquin Hills Rd (Address Line 1)

IFP
No CV30
L/N

4  Newport Beach, CA 92625 (Address Line 2)

5  888-381-1116 (Phone Number)

6  Plaintiff in Pro Per
(indicate Plaintiff or Defendant)

7

8

9  UNITED STATES DISTRICT COURT

10  CENTRAL DISTRICT OF CALIFORNIA

11

12  Mafia Monthly | Sean Patrick Patterson,

    Case No.: 8:21-cv-00970 - JVS (KESx)
    (To be supplied by the Clerk)

13  PLAINTIFF,

    **COMPLAINT FOR:**

14  vs.

    34 U.S.C. § 12601

15  Chief Yogananda D. Pittman

    Criminal negligence of Capitol Police

16  United States Capitol Police

    Protocol

17  119 D Street, N.E.

    18 U.S.C. § 2383

18  Washington, DC 20510

19  202-593-4555

    **Jury Trial Demanded:** ☑ Yes  ☐ No

20  **DEFENDANT(S).**

21

22

    **I. JURISDICTION**

23

24  1. This Court has jurisdiction under  34 U.S.C. § 12601

25  Federal question jurisdiction arises pursuant to 28 U.S.C. § 1391(e)(1)(c)

26

27

28

1

Page Number

Revised: July 2013
Form Prepared by Public Counsel
© 2010 Public Counsel. All Rights Reserved.

## II. VENUE

2. Venue is proper pursuant to   28 U.S.C. § 1391(e)(1)(c)
   - the plaintiff resides

## III. PARTIES

3. Plaintiff's name is   Sean Patrick Patterson  . Plaintiff resides at:   1 Baywood Drive, Newport Beach, CA 92625

4. Defendant   Karen H. Gibson, United States Senate Sergeant at Arms

5. Defendant   William J. Walker, U.S. House of Representatives Sergeant at Arms

6. Defendant  J. Brett Blanton, Architect of the Capitol

*Insert ¶ #*

7. Defendant  Steven Sund, former Chief of Capitol Police

*Insert ¶ #*

8. Defendant  Donald j. Trump, former president

*Insert ¶ #*

9. Defendant  Rep. Alexandria Ocasio-Cortez

*Insert ¶ #*

## IV. STATEMENT OF FACTS

I. Capitol Police was prepared for violence from white supremacy & other terrorists groups; negligence by leadership resulted in a Security breach on the Capitol Building:

II. Senate I https://youtu.be/0KjN6Dqoukg

III. Insurrection Documentary I https://youtu.be/jcGi4maiJW8


IV. Insurrection (House Mangers) 2Of2
   ~. Rep. Neguse | https://youtu.be/14qVaKFfPx8 (1Of2)
   ~. Rep. Plaskett | https://youtu.be/m26mFKKJyZU (2Of2)

V. H. Res. 24 | https://youtu.be/msj3P-Aueak

VI. Capitol Police | https://youtu.be/0HdEa73tudQ

# V. CAUSES OF ACTION

## FIRST CAUSE OF ACTION
### 34 U.S.C. § 12601
*insert title of cause of action*

**(As against Defendant(s):** Steven Sund et al.

I. Senate | https://youtu.be/0KjN6Dqoukg

# SECOND CAUSE OF ACTION

( Criminal negligence of Capitol Policing Protocol )
*insert title of cause of action*

**(As against Defendant(s):** Steven Sund et al. )

I. Capitol Police was prepared for violence from white supremacy &, other terrorists groups; negligence by leadership resulted in a Security breach on the Capitol building:

II. Insurrection Documentary I https://youtu.be/jcGi4maiJW8

III. Capitol Police I https://youtu.be/0HdEa73tudQ

# THIRD CAUSE OF ACTION

( 18 U.S.C. § 2383 )
*insert title of cause of action*

(As against Defendant(s): Steven Sund et al.

I. H. Res. 24 | https://youtu.be/msj3P-Aueak
*Insert ¶ #*

II. House Mangers (2Of2)
*Insert ¶ #*

*Insert ¶ #*

# FOURTH CAUSE OF ACTION

( _____ )
*insert title of cause of action*

**(As against Defendant(s):** _____

_____ )

___ . _____
*Insert ¶ #*

___ . _____
*Insert ¶ #*

___ . _____
*Insert ¶ #*

_____
*Page Number*

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

I. Compensatory damages, including General and special damages, according to proof;

II. Any further relief which the court may deem appropriate

Dated: 5/31/2021

Sign: _____

Print Name: Sean Patterson

9

Page Number

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 5/31/2021
Sign: _[signature]_
Print Name: Sean Patterson

4831-5981-9291, v. 1